**Electronically Filed
Supreme Court
SCPW-25-0000483
18-FEB-2026
07:53 AM
Dkt. 6 ODDP**

SCPW-25-0000483

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

YVONNE K. DUARTE; ROLAND P. LEDWARD, JR.,
Petitioners,

vs.

THE HONORABLE JORDON J. KIMURA,
Judge of the Circuit Court of the First Circuit,
State of Hawai'i, Respondent Judge,

and

MARK SAUSEN; LOUISE SAUSEN, Respondents.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CCV-24-0000730)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Somerville, assigned by reason of vacancy)

Upon consideration of the petition for writ of mandamus, filed June 30, 2025, and the record, Petitioners have not demonstrated a clear and indisputable right to relief. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawai'i 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

It is further ordered that this case is referred to the Attorney General of the State of Hawaiʻi for investigation into Unauthorized Practice of Law.  See Hawaiʻi Revised Statutes § 605-14 (2016).  The bottom of each page of the petition for writ of mandamus includes the statement:  "Prepared by: Premiere Paralegal Services-HAWAI`I."

DATED:  Honolulu, Hawaiʻi, February 18, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Rowena A. Somerville

2